IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

                                    *

PEDRO A. ARROYO VALENTIN      *     CASE NO. 10-01755-ESL

                                    *

DEBTOR (s)                    *     CHAPTER 13

*******************************************************

## RESPONSE TO MOTION TO DISMISS
## FILED BY THE CHAPTER 13 TRUSTEE

TO THE HONORABLE COURT:

COMES NOW, **PEDRO A. ARROYO VALENTIN,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. On June 8, 2012 the Chapter 13 Trustee filed a Motion to Dismiss, in the above captioned case.

2. Debtor hereby respectfully submits that on June 22, 2012, he filed a Motion to Convert to Chapter 7.

3. Therefore, Trustee's motion to dismiss is moot.

**WHEREFORE**, debtor requests this Honorable Court deny the Motion to Dismiss filed by Trustee, in the above captioned case.

**I CERTIFY** that on this same date a copy of this notice was by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants and debtor, Pedro A. Arroyo Valentin; and to all creditors and parties in interest in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 22nd day of June, 2012.

*/s/ Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 193677
SAN JUAN PR 00919-3677
TEL. (787) 744-7699 FAX 746-5294
EMAIL: rfigueroa@rfclawpr.com