# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE:

PEDRO A. ARROYO VALENTIN

        Debtor

CASE NO. 10-01755 (ESL)

CHAPTER 13

## MOTION TO REQUEST REMOVAL FROM CM\ECF SERVICE LIST
## AND MASTER ADDRESS LIST

TO THE HONORABLE UNITED STATES
BANKRUPTCY COURT:

    Attorney Charles P. Gilmore, respectfully represents and prays:

1. Prior hereto the appearing counsel represented PR Acquisitions, LLC.

2. At present, undersigned counsel no longer represents PR Acquisitions, LLC in this case.

3. The appearing counsel consequently wishes to be removed from the CM\EFC service list and the Master address list.

    WHEREFORE, appearing counsel requests that he be deleted from all further notifications in this case.

    RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico, on April 24, 2014.

    CERTIFICATE OF SERVICE: I hereby certify that on this same date I have filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to the CM/ECF participants.

**O'NEILL & GILMORE, P.S.C.**
City Towers, Suite 1701
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Phone: 787/620-0670
Fax: 787/620-0671
Email: cpg@go-law.com

    *s/Charles P. Gilmore*
By: _____
    Charles P. Gilmore, Esq.
    USDC No. 209614

H:\\Maria Torres\CPG\PR Acquisitions\Pedro Arroyo Valentin\ Motion to Request Removal.doc