IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

PEDRO ANTONIO ARROYO VALENTIN

DEBTOR(S)

CASE NO. 10-01755 ESL

CHAPTER 7

**DEBTOR'S NOTICE OF FILING OF AMENDED SCHEDULES "B" & "C"**

**TO THE HONORABLE COURT:**

**COME NOW, PEDRO ANTONIO ARROYO VALENTIN,** the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follow:

1. The debtor is hereby submitting **Amended Schedules "B" & "C",** dated May 29, 2014, herewith and attached to the motion.

2. These amendments to Schedules "B" & "C" are filed to include the 2013 tax refund and claim the correct exemption.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

Within thirty (30) days after service as evidence by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedule "B" &"C"
Case no. 10-01755 ESL7

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 30th day of May, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

B6B (Official Form 6B) (12/07)

IN RE ARROYO VALENTIN, PEDRO ANTONIO _____ Case No. **10-01755**
                                       Debtor(s)                                                            (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Doral Bank<br>Checking Account: X6689 | | 3.03 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Misc. Household Goods and Furnishings | | 2,800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes and personal effects | | 1,500.00 |
| 7. Furs and jewelry. | | Jewelry | | 120.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **ARROYO VALENTIN, PEDRO ANTONIO**　　　　　　　Case No. **10-01755**
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2013 TAX REFUND | | 1,261.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Honda Civic | | 10,950.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **ARROYO VALENTIN, PEDRO ANTONIO**      Case No. **10-01755**
                         Debtor(s)                                         (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 16,634.03 |

    **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

IN RE **ARROYO VALENTIN, PEDRO ANTONIO**                                    Case No. **10-01755**
                           Debtor(s)                                                                    (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:           ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Doral Bank Checking Account: X6689 | 11 USC § 522(d)(5) | 3.03 | 3.03 |
| Misc. Household Goods and Furnishings | 11 USC § 522(d)(3) | 2,800.00 | 2,800.00 |
| Clothes and personal effects | 11 USC § 522(d)(3) | 1,500.00 | 1,500.00 |
| Jewelry | 11 USC § 522(d)(4) | 120.00 | 120.00 |
| 2013 TAX REFUND | 11 USC § 522(d)(5) | 1,261.00 | 1,261.00 |

\* *Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **ARROYO VALENTIN, PEDRO ANTONIO**                                    Case No. **10-01755**
                               Debtor(s)                                              (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ Sch. "B" & "C" sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 29, 2014**          Signature: /s/ Pedro Arroyo Valentin
                                **PEDRO ANTONIO ARROYO VALENTIN**                                Debtor

Date: _____           Signature: _____
                                                                                (Joint Debtor, if any)
                                                            [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____              _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____              _____
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____           Signature: _____

                                                            _____
                                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Label Matrix for local noticing          CR Evergreen, LLC                        EAST BAY FUNDING LLC/ RESURGENT CAPITAL SERV
0104-3                                   MS 550                                   PO BOX 288
Case 10-01755-ESL7                       PO Box 91121                             GREENVILLE, SC 29602-0288
District of Puerto Rico                  Seattle, WA 98111-9221
Old San Juan
Thu May 29 16:58:21 AST 2014

ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHA    PRA RECEIVABLES MANAGEMENT LLC    UNITED STATES TRUSTEE
POB 29262                                       POB 41067                         500 TANCA ST STE 301
NEW YORK, NY 10087-9262                         NORFOLK, VA 23541-1067            SAN JUAN, PR 00901-1922


US Bankruptcy Court District of P.R.     ASUME                                    CHASE
Jose V Toledo Fed Bldg & US Courthouse   PO BOX 11218                             PO BOX 260180
300 Recinto Sur Street, Room 109         SAN JUAN, PR  00910-2318                 BATON ROUGE, LA  70826-0180
San Juan, PR 00901-1964


EASTERN AMERICA INSURANCE COMPANY        East Bay Funding, LLC                    GERTRUDIS MARTINEZ PINEIRO
PO BOX 9023862                           c/o Resurgent Capital Services           CONDOMINIO TORRE DE TOKIO APT 1302
SAN JUAN, PR 00902-3862                  PO Box 288                               CAGUAS, PR 00725-2806
                                         Greenville, SC 29602-0288


GISELA COLLAZO ROSA                      HSBC  Bank Nevada, N.A.                  HSBC BANK
VIRGINIA VALLEY BOX 1002 VALLE DEL RIO S By PRA Receivables Management, LLC       PO BOX 5253
JUNCOS, PR  00777                        PO Box 12907                             CAROL STREAM, IL 60197-5253
                                         Norfolk VA 23541-0907


(p) INTERNAL REVENUE SERVICE             ISLAND FINANCE                           JPMorgan Chase Bank, N.A.
CENTRALIZED INSOLVENCY OPERATIONS        PO BOX 195369                            Resurgent Capital Services
PO BOX 7346                              SAN JUAN, PR  00919-5369                 PO Box 10587
PHILADELPHIA PA 19101-7346                                                        Greenville, SC 29603-0587


NCO/PTM19                                PR ACQUISITIONS LLC                      eCAST Settlement Corporation assignee of Cha
507 PRUDENTIAL RD                        250 MUNOZ RIVERA AVENUE SUITE 1200       Bank USA NA successor by merger to
HORSHAM, PA 19044-2308                   HATO REY PR 00918-1814                   Washington Mutual
                                                                                  POB 29262
                                                                                  New York NY 10087-9262


MONSITA LECAROZ ARRIBAS                  NOREEN WISCOVITCH RENTAS                 PEDRO ANTONIO ARROYO VALENTIN
OFFICE OF THE US TRUSTEE (UST)           PMB 136                                  TURABO GARDENS II
OCHOA BUILDING                           400 CALAF STREET                         Z8 9 13 STREET
500 TANCA STREET  SUITE 301              SAN JUAN, PR 00918-1314                  CAGUAS, PR 00727-6032
SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG ROOM 914
2 AVE PONCE DE LEON STOP 27
SAN JUAN, PR  00918-1621
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ASUME-GERTRUDIS MARTINEZ PINERO  PO BOX 71      (u)ASUME-GISELA COLLAZO ROSA  PO BOX 71316 SA      (d)CR Evergreen, LLC
                                                                                                        MS 550
                                                                                                        PO Box 91121
                                                                                                        Seattle, WA 98111-9221


(d)PRA Receivables Management, LLC                 End of Label Matrix
POB 41067                                          Mailable recipients   24
Norfolk, VA 23541-1067                             Bypassed recipients    4
                                                   Total                 28
```